J. W. CHILES, *et al., Appellants,* v. R. J. STRAW, *Appellee.*

Opinion Filed June 25, 1913.

In a suit to enforce the specific performance of a contract to sell a stock of merchandise and a mercantile business in exchange for an orange grove, where the allegations and prayers clearly indicate that the remedy at law is not adequate, a general demurrer to the bill of complaint is properly overruled.

Appealed from the Circuit Court of Polk County; F. A. Whitney, Judge.

Affirmed.

*J. S. Edwards* and *Treadwell & Treadwell,* for Appellants;

*D. O. Rogers* and *Arthur L. Anvil,* for Appellee.

WHITFIELD, J.—The appellee brought suit to enforce the specific performance of a contract made for the sale of a stock of merchandise and a mercantile business in exchange or payment for an orange grove, there being mutal agreements as to assuming and discharging existing claims of creditors and as to transferring securities in accomplishing the transaction. An injunction was also prayed.

The allegations of the bill of complaint and the prayers clearly indicate that the remedy at law is not adequate, and without expressing an opinion as to the relief that should be granted if the allegations are duly proven, equity appears to be in the allegations, therefore, no error was committed in overruling a general demurrer to

the bill of complaint from which order this appeal was taken.

Affirmed.

SHACKLEFORD, C. J., AND TAYLOR, COCKRELL AND HOCKER, J. J., concur.